NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
SIMON F. KUNG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6265/ Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE PREMISES LOCATED AT 5341 GREENHAVEN COURT, NORTH LAS VEGAS, NEVADA | Magistrate No. 2:18-mj-651-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF OLUREMI ADEWUNMI-AKINLEYE | Magistrate No. 2:18-mj-652-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF NIKKIYA AKINLEYE | Magistrate No. 2:18-mj-653-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: A VEHICLE DESCRIBED AS A BLACK 2008 LEXUS GS, ILLINOIS LICENSE PLATE Y733070 | Magistrate No. 2:18-mj-654-DJA<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America respectfully moves this Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to unseal the Search Warrants filed under the above-captioned cases and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00217-GMN-EJY.

1

1     DATED this 9th day of September, 2020.

                                                    Respectfully submitted,
                                                    NICHOLAS A. TRUTANICH
                                                    United States Attorney

                                                   /s/ Simon F. Kung
                                                   SIMON F. KUNG
                                                   Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE PREMISES LOCATED AT 5341 GREENHAVEN COURT, NORTH LAS VEGAS, NEVADA | Magistrate No. 2:18-mj-651-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF OLUREMI ADEWUNMI-AKINLEYE | Magistrate No. 2:18-mj-652-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: THE PERSON OF NIKKIYA AKINLEYE | Magistrate No. 2:18-mj-653-DJA<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE SEARCH OF: A VEHICLE DESCRIBED AS A BLACK 2008 LEXUS GS, ILLINOIS LICENSE PLATE Y733070 | Magistrate No. 2:18-mj-654-DJA<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this __11th__ day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3